UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MILDRED ESPADA,

        Plaintiff,

-vs-                                          Case No.  6:07-cv-1685-Orl-18KRS

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

## ORDER

The case was referred to the United States Magistrate Judge for report and recommendation on plaintiff's Unopposed Amended Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 (D) (Doc. No. 20).  The Court having reviewed the report and recommendation of the magistrate judge, and there being no objections to the report filed, it is hereby

**ORDERED** that the report and recommendation of the magistrate judge is hereby **APPROVED**.  The Court directs the Commissioner to pay to Attorney Fugate $4,811.97 in attorney's fees.

It is **SO ORDERED** in Orlando, Florida, this __23__ day of October, 2008.

                                                    G. KENDALL SHARP
                                                    Senior United States District Judge

Copies to:

Counsel of Record
United States Magistrate Judge